UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                    )
DAVID ALLEN LINDAHL           )        BANKRUPTCY NO. 09-41055
SUZANNE ALENE LINDAHL       )        CHAPTER 7
    Debtor(s).                         )

## NOTICE OF DEPOSIT OF SMALL DIVIDEND

Comes now the Trustee, Kimberly A. Wright, and advises that dividends to the below-listed creditors were less than $5.00 each:

    Claim #1    American Infosource - Target    $1.95

Respectfully submitted,

/s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
200 Ferry Street, Suite B
P. O. Box 377
Lafayette, Indiana 47902-0377
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@frontier.com

## CERTIFICATE OF SERVICE

I certify that on July 26 2011, service of a true and complete copy of the foregoing pleading was made upon:

1. U. S. Trustee, 100 East Wayne Street, Suite 555, South Bend, Indiana, 46601
2. Laura Rochet, 55 E. Monroe Street, Suite 3400, Chicago, IL 60603-5710
3. American Infosource, Target, P O Box 248866, Oklahoma City, OK 73124-8866

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

/s/ Kimberly A. Wright
Kimberly A. Wright